IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUDITH CLARK, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AARON'S, INC.,<br><br>　　　　Defendant. | )<br>)<br>)　Case No. 1:11-cv-04283-RWS<br>)<br>)　[On removal from the Superior<br>)　Court of Fulton County,<br>)　Georgia Case No.: 2011-cv-<br>)　207622]<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S "SECOND AMENDED COMPLAINT AND CLASS ACTION COMPLAINT"

　　Defendant Aaron's, Inc. ("Aaron's"), pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss Plaintiff's false advertising, breach of good faith and fair dealing, unjust enrichment, unconscionability, civil usury, criminal usury, and both Retail Installment and Home Solicitation Sales Act claims for failure to state a claim upon which relief can be granted. The grounds in support of Aaron's Motion are set forth in detail in the Memorandum of Law filed concurrently herewith.

　　Respectfully submitted, this 6th day of January, 2012.

s/ Kristine M. Brown
Kristine McAlister Brown
Georgia Bar No. 480189
Matthew D. Montaigne
Georgia Bar No. 915455

ALSTON & BIRD LLP

- 2 -

                1201 West Peachtree Street
                Atlanta, GA 30309-3424
                Phone: (404) 881-7000
                Fax: (404) 881-7777
                kristy.brown@alston.com
                matt.montaigne@alston.com

*Attorneys for Aaron's, Inc.*

- 3 -

## CERTIFICATE OF COMPLIANCE WITH
## LOCAL RULE 5.1

I hereby certify that this **Defendant's Partial Motion to Dismiss Plaintiff's "Second Amended Complaint and Class Action Complaint"** was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less of 1.5 inches and a left margin of not less than 1 inch.

/s/ Matthew D. Montaigne

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **Defendant's Partial Motion to Dismiss Plaintiff's "Second Amended Complaint and Class Action Complaint"** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Edward Adam Webb
eadamwebb@hotmail.com

John Louis Lyon
john@webbllc.com

Matthew C. Klase
mattklase@bellsouth.net

/s/ Matthew D. Montaigne