# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUDITH CLARK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AARON'S, INC.,<br><br>Defendant | )<br>)<br>)  Case No. 1:11-cv-04283-RWS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AND AARON'S INC.'S COUNTERCLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judith Clark ("Plaintiff") and Aaron's, Inc. stipulate to the dismissal with prejudice of Plaintiff's claims and Aaron's Inc's counterclaims. Each party shall bear her/its own costs, expenses, and attorneys' fees.

2

Dated: April 4, 2013

| | |
|---|---|
| /s/Matthew C. Klase<br>E. Adam Webb, Esq.<br>Georgia Bar No. 743910<br>Matthew C. Klase, Esq.<br>Georgia Bar No. 141903<br>WEBB, KLASE & LEMOND, LLC<br>1900 The Exchange, S.E., Suite 480<br>Atlanta, Georgia 30339<br>(770) 444-9325 (Telephone)<br>(770) 217-9950 (Facsimile)<br>Adam@WebbLLC.com<br>Matt@WebbLLC.com<br><br>*Attorneys for Plaintiff* | s/ Kristine M. Brown<br>Kristine McAlister Brown<br>Georgia Bar No. 480189<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br>kristy.brown@alston.com<br><br>*Attorney for Aaron's, Inc.* |

## CERTIFICATE OF COMPLIANCE WITH
## LOCAL RULE 5.1

I hereby certify that this **Stipulation of Dismissal of Plaintiff's Claims and Aaron's, Inc.'s Counterclaims with Prejudice** was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less of 1.5 inches and a left margin of not less than 1 inch.

s/ Matthew C. Klase

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **Stipulation of Dismissal of Plaintiff's Claims and Aaron's Inc.'s Counterclaims with Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Kristine McAlister Brown
kristy.brown@alston.com

s/ Matthew C. Klase